Olive Ludvigsen, administratrix of the estate of Edwin Ludvigsen, deceased, defendant in error, v. Richard A. Olsen, plaintiff in error. Gen. No. 35,084.

Opinion filed November 24, 1931.

Schroeder & Metzger and Werner W. Schroeder, for plaintiff in error. Rose & Symmes and Philip H. McGrath, for defendant in error.
Mr. Justice Kerner delivered the opinion of the court.